UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| | |
|---|---|
| CINDY LOU PECK, on behalf of herself and all other employees of American Music Group, Inc. similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br>AMERICAN MUSIC GROUP, INC., GUITAR CENTER, INC., DAVID FLEMING, MARTY ALBERTSON and THOMAS RINALDI<br>　　　Defendants. | Civil Action No.: 04-30229-KPN |

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE
FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT**

Now come Defendants, American Music Group, Inc., Guitar Center, Inc., David Fleming[1], Marty Albertson and Thomas Rinaldi and file this assented-to motion to request an additional fourteen (14) days in which to respond to Plaintiff's complaint. As reasons therefore, Defendants' counsel needs additional time due to an international adoption of a child which has resulted in a delay in preparing a response. Plaintiff assents to this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

| CINDY L. PECK<br>By her attorney, | AMERICAN MUSIC GROUP<br>By its attorneys, |
|---|---|
| /s/ John J. Green Jr.<br>John J. Green, Jr., BBO#209020<br>Green, Miles, Lipton & Fitz-Gibbon<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA 01061-0210<br>(413) 586-8218 | /s/ Stephen T. Paterniti<br>Stephen T. Paterniti, BBO #564860<br>Amanda S. Rosenfeld, BBO 654101)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

January 21, 2005

---

[1] David Fleming's name is misspelled in the complaint.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of January, 2005, I caused a true and accurate copy of the above document was served upon Complainant's counsel, John J. Green, Jr., Esq., Green, Miles, Lipton & Fitz-Gibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA 01061-0210 by first-class mail, postage-prepaid.

/s/ Stephen T. Paterniti
Jackson Lewis LLP

H:\PaterniS\guitar center (3748)\peck (71376)\usdc\pleadings\assented to motion to extend.doc