UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| | |
|---|---|
| CINDY LOU PECK, on behalf of herself and all other employees of American Music Group, Inc. similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSIC GROUP, INC., GUITAR CENTER, INC., DAVID FLEMING, MARTY ALBERTSON and THOMAS RINALDI<br><br>Defendants. | Civil Action No.: 04-30229-KPN |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendants American Music Group, Ltd.[1], Guitar Center, Inc., David Fleming[2], Marty Albertson, and Thomas Rinaldi submit the following disclosure statement. American Music Group, Ltd. is a division of Guitar Center Stores, Inc., which is in turn a wholly owned subsidiary of Guitar Center, Inc., a publicly held corporation.

---

[1] American Music Group, Ltd. is improperly named in the caption.
[2] David Fleming's name is misspelled in the caption.

Respectfully submitted,

AMERICAN MUSIC GROUP, LTD.,
GUITAR CENTER, INC., DAVID
FLEMING, MARTY ALBERTSON,
and THOMAS RINALDI,
Defendants

By their attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO #564860)
Amanda S. Rosenfeld (BBO #654101)
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated:  January 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of January, 2005, I caused a true and accurate copy of the above document was served upon Complainant's counsel, John J. Green, Jr., Esq., Green, Miles, Lipton & Fitz-Gibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA 01061-0210 by first-class mail, postage-prepaid.

/s/ Stephen T. Paterniti
Jackson Lewis LLP

H:\PaterniS\guitar center (3748)\peck (71376)\usdc\pleadings\Corporate disclosure statement.doc