UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| | |
|---|---|
| CINDY LOU PECK, on behalf of herself and all other employees of American Music Group, Inc. similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MUSIC GROUP, INC., GUITAR CENTER, INC., DAVID FLEMMING, MARTY ALBERTSON and THOMAS RINALDI<br><br>Defendants. | Civil Action No.: 04-30229-KPN |

## MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendants, American Music Group, Ltd.[1], Guitar Center, Inc., David Fleming[2], Marty Albertson, and Thomas Rinaldi (referred to as "Defendants"), hereby move pursuant to Fed. R. Civ. P. 12(b)(6) for Dismissal of Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth more fully in the supporting memorandum.

---

[1] American Music Group, Ltd. is improperly named in the Complaint.
[2] David Fleming's name is misspelled in the caption.

Respectfully submitted,

AMERICAN MUSIC GROUP, LTD.,
GUITAR CENTER, INC., DAVID
FLEMING, MARTY ALBERTSON,
and THOMAS RINALDI,

By their attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO #564860)
Amanda S. Rosenfeld (BBO #654101)
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated:  February 4, 2005

2