**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)**

Case No.: 04-30229-KPN

_____
CINDY LOU PECK, on behalf of herself         )
and all other employees of American Music )
Group, Inc. similarly situated,                      )
   Plaintiffs,                                   )
                                                                       )
v.                                                                    )
                                                                       )
AMERICAN MUSIC GROUP, INC.,            )
GUITAR CENTER, INC., DAVID               )
FLEMMING, MARTY ALBERTSON        )
and THOMAS RINALDI,                          )
   Defendants.                               )
_____)

**MOTION TO EXTEND TIME RE PLAINTIFF'S RESPONSE TO MOTION OF THE DEFENDANTS TO DISMISS PLAINTIFF'S COMPLAINT**

Now comes the Plaintiff and hereby respectfully requests that this Honorable Court extend the time within which Plaintiff may respond to Motion of the Defendants to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 (b)(6) from February 18, 2005 to and including February 28, 2005, or such other date as the Court may order.

| | |
|---|---|
| Date: | Respectfully submitted, |
| | The Plaintiff, |
| Assented to: | By her attorney, |
| | |
| /s/Stephen Paterniti | /s/John J. Green, Jr. |
| Stephen Paterniti | John J. Green, Jr. |
| JACKSON LEWIS LLP | GREEN, MILES, LIPTON & FITZ-GIBBON |
| 75 Park Plaza | 77 Pleasant Street, P.O. Box 210 |
| Boston, MA  02116 | Northampton, MA  01061-021- |
| (617) 367-0025 | Telephone: (413) 586-8218 |
| | Fax: (413) 586278 |
| BBO# 564860 | BBO# 209020 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

Case No.: 04-30229-KPN

_____
CINDY LOU PECK, on behalf of herself    )
and all other employees of American Music )
Group, Inc. similarly situated,         )
        Plaintiffs,                 )
                                        )
v.                                      )
                                        )
AMERICAN MUSIC GROUP, INC.,             )
GUITAR CENTER, INC., DAVID              )
FLEMMING, MARTY ALBERTSON               )
and THOMAS RINALDI,                     )
        Defendants.                 )
_____)

AFFIDAVIT OF JOHN J. GREEN, JR., ESQ.

I, John J. Green, Jr., Esq., being duly sworn, do hereby depose and say:

1. I am Attorney for the Plaintiff, Cindy Lou Peck, with respect to the above-referenced case.

2. I am requesting an extension of time within which to respond to Motion of the Defendants to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 (b)(6), from February 18, 2005 to and including February 28, 2005.

3. I have obtained the assent of Stephen Paterniti, Attorney for the Defendants, with respect to this extension.

Signed under the pains and penalties of perjury this ___ day of February 2005.

Date:                                    /s/John J. Green, Jr._____
                                         John J. Green, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

Case No.: 04-30229-KPN

_____
CINDY LOU PECK, on behalf of herself    )
and all other employees of American Music )
Group, Inc. similarly situated,         )
    Plaintiffs,                        )
                                        )
v.                                      )
                                        )
AMERICAN MUSIC GROUP, INC.,             )
GUITAR CENTER, INC., DAVID              )
FLEMMING, MARTY ALBERTSON               )
and THOMAS RINALDI,                     )
    Defendants.                        )
_____)

PROPOSED ORDER OF THE COURT

After consideration of Plaintiff's Motion to Extend Time, it is hereby ordered that:

- Plaintiff may have up to and including February 28, 2005 to respond to Motion of the Defendants to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

Date: _____                    _____
                                         Judge
                                         United States District Court,
                                         District of Massachusetts (Western Division)