## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| | |
|---|---|
| CINDY LOU PECK, on behalf of herself and all other employees of American Music Group, Inc. similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MUSIC GROUP, INC., GUITAR CENTER, INC., DAVID FLEMING, MARTY ALBERTSON and THOMAS RINALDI<br>    Defendants. | Civil Action No.: 04-30229-KPN |

### ASSENTED-TO MOTION OF DEFENDANTS FOR LEAVE TO FILE A REPLY MEMORANDUM

Now come Defendants, American Music Group, Inc., Guitar Center, Inc., David Fleming[1], Marty Albertson and Thomas Rinaldi (hereinafter "Defendants") and file this assented-to motion for leave to file a Reply Memorandum in Response to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). Defendants respectfully request that they be granted up to and including March 28, 2005 to file this Reply Memorandum. In support of their Motion, Defendants state that (1) Defendants' Reply Memorandum may be useful to the Court in resolving the Defendants' pending Motion to Dismiss; and (2) Defendants are requesting the date of March 28, 2005 for submission of the Reply Memorandum because Defendants' senior counsel will be in Korea for the next two weeks due to international adoption proceedings.

WHEREFORE, Defendants respectfully request that their motion be allowed. Plaintiff assents to this motion.

---

[1] David Fleming's name is misspelled in the complaint.

## **CERTIFICATE UNDER LOCAL RULE 7.1**

Defendants state that they conferred with Plaintiff and received her assent to this motion.

Respectfully submitted,

| | |
|---|---|
| CINDY L. PECK<br>By her attorney, | AMERICAN MUSIC GROUP, LTD.,<br>GUITAR CENTER, INC., DAVID<br>FLEMING, MARTY ALBERTSON,<br>and THOMAS RINALDI,<br>By their attorneys, |
| /s/ John J. Green Jr.<br>John J. Green, Jr., BBO#209020<br>Green, Miles, Lipton & Fitz-Gibbon<br>77 Pleasant Street<br>P.O. Box 210<br>Northampton, MA 01061-0210<br>(413) 586-8218 | /s/ Stephen T. Paterniti<br>Stephen T. Paterniti, BBO #564860<br>Amanda S. Rosenfeld, BBO 654101)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

March 4, 2005