UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CINDY LOU PECK**

                **CASE NO. 04-30229- MAP**
**V.**

**AMERICAN MUSIC GROUP, INC., ET AL**

### NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a hearing on the Defendants' motion to dismiss on 4/21/2005 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

                SARAH THORNTON
                CLERK OF COURT
**MARCH 14, 2004**                By: **/s/ Elizabeth A. French**
     Date                Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)        [kntchrgcnf.]
                                  [ntchrgcnf.]